**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-7686

_____

MICHAEL LYNN TURNER,

Plaintiff - Appellant,

v.

WILLIAM M. MUSE, Chairman; HAROLD W. CLARKE, Director;
EVERET SIMMS, Counselor,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Anthony John Trenga,
District Judge. (1:14-cv-01060-AJT-TCB)

_____

Submitted: March 12, 2015          Decided: March 17, 2015

_____

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Lynn Turner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lynn Turner appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Turner v. Muse, No. 1:14-cv-01060-AJT-TCB (E.D. Va. Oct. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED